People of State of Illinois ex rel. Henry E. Marski, Appellee, v. Ella Ward et al., Appellants.

Gen. No. 44,037.

opinion filed November 16, 1948; rehearing denied December 15, 1948; released for publication December 15, 1948. Elliodor M. Libonati, William A. Booker and Houston H. Hall, for certain appellants; William Vihon, of counsel; William J. Tuohy, State's Attorney of Cook County, for appellee; John F. Cashen, Jr., Special Attorney to Board of Election Commissioners, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.